UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MARK S. AMAR,

    Plaintiff,

v.

    Case No: 6:16-cv-720-Orl-18KRS

TANYA DAVIS WILSON,

    Defendant.

## ORDER

This cause comes for consideration on Plaintiff Mark S. Amar's ("Amar") Motion for Leave to Proceed in Forma Pauperis (Doc. 10), which the Court referred to United States Magistrate Judge Karla R. Spaulding for a report and recommendation. Having reviewed the Report and Recommendation (Doc. 13) and Amar's objections[1] (Doc. 14; Doc. 15; Doc. 16), it is hereby **ORDERED and ADJUDGED** as follows:

1. United States Magistrate Judge Karla R. Spaulding's Report and Recommendation (Doc. 13) is **APPROVED** and **ADOPTED**.
2. Plaintiff Mark S. Amar's case is **DISMISSED**. All pending motions are **DENIED**.
3. The Clerk of the Court is directed to **CLOSE** the case.

**DONE AND ORDERED** at Orlando, Florida, this ___1___ day of June, 2016.

_____
G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record
Unrepresented Parties

---

[1] Amar filed three (3) documents in response to the Report and Recommendation. (Doc. 14; Doc. 15; Doc. 16.) All three (3) documents are indecipherable and appear to consist of partial photocopies of medical documents, Amar's driver's license, Amar's social security card, and websites relating to disqualification of judges and ineffective assistance of counsel claims. (Id.) Even applying the liberal pro se review standard, the Court is unable to extrapolate a coherent objection or argument in any of Amar's filings.